■ In the Matter of THEODORE H. FRIEDMAN (Admitted as THEODORE HERZL FRIEDMAN), a Disbarred Attorney. [763 NYS2d 747] —Motion for reinstatement denied. No opinion. Concur—Buckley, P.J., Andrias, Sullivan, Lerner and Williams, JJ.